UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CLAUDE TAYLOR                                                                                    PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:15cv684-DPJ-FKB

JOHNSON, et al.                                                                               DEFENDANTS

ORDER

This § 1983 action is before the Court on the Report and Recommendation [9] of United States Magistrate Judge F. Keith Ball.  On September 22, 2015, Plaintiff Claude Taylor filed a complaint asserting claims against MDOC Case Manager "Johnson" Area 3 SMCI, MDOC Commissioner Fisher, MDOC Parole Board, and MDOC Records Supervisor Alicia Box in their individual capacities.  Compl. [1] at 1.  Then, on September 28, 2016, Judge Ball entered an Order to Show Cause [8] based on Taylor's failure to respond to an Order that directed him to provide addresses for Defendants for service of process by June 14, 2016, to give facts supporting his claims against each of the Defendants, and to provide the date on which he was released from MDOC custody.  Show Cause Order [8].  Taylor failed to respond as directed, and as a result, Judge Ball issued the instant Report and Recommendation in which he recommends dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Pursuant to Rule 72(b), Taylor was given 14 days—or until December 5, 2016—to file written objections to the proposed findings.  *See* R&R [9].  To date, Taylor has not filed any objections or otherwise responded to the Court's orders.

Accordingly, the Court finds that the unopposed Report and Recommendation [9] of the United States Magistrate Judge entered in this cause should be adopted as the opinion of this

Court.  Pursuant to the Court's authority under Rule 41(b), the entire action is hereby dismissed without prejudice.

A separate judgment will be entered herein in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 12th day of December, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE